# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose L. Almazon-Leon, et al., | No. CV-15-00805-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Farm Labor Contractor LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Dismiss (Doc. 20). Plaintiffs advise that the parties have executed a settlement agreement in this matter and request that the Court dismiss the case with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 20) is **GRANTED** and this action is **DISMISSED** with prejudice, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

Dated this 30th day of November, 2015.

Honorable Diane J. Humetewa
United States District Judge